654 A.2d 528

Philip M. ALCARAZ, Appellant,

v.

BOROUGH OF PALO ALTO.

Supreme Court of Pennsylvania.

Argued Jan. 26, 1995.

Decided Feb. 14, 1995.

Dianne M. Sheppard, Gary M. Lightman, Harrisburg, for Philip Alcaraz.

Chester C. Corse, Jr., Pottsville, Bruce D. Bagley, Catherine E. Walters, Harrisburg, for Borough of Palo Alto.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CAPPY and CASTILLE, JJ., dissent and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.